**Thomas M. Triplett, OSB #651256**
Email ttriplett@schwabe.com
**Román D. Hernández, OSB #011730**
Email rhernandez@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1500 – 2000 Pacwest Center
1211 SW 5th Avenue
Portland, Oregon 97204
Telephone 503.222.9981
Facsimile 503.796.2900
    Attorneys for Defendant,
    Rose City Contracting, Inc.

FILED
MAY 20 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAMIRO MARTINEZ,<br><br>                Plaintiff,<br>vs.<br><br>ROSE CITY CONTRACTING, INC.,<br>An Oregon Corporation,<br><br>                Defendant. | No. CV 09-1179 - ST<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulated Motion for Entry of Judgment of Dismissal with Prejudice, it is hereby

ADJUDGED that plaintiff's Complaint and all claims for relief are dismissed with prejudice and without costs to either party.

Dated: May 20, 2010.

                                                          JANICE M. STEWART
                                                          UNITED STATES MAGISTRATE JUDGE